# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### JASPER DIVISION

| | | |
|---|---|---|
| **MICHAEL PATRICK MAHON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. 6:12-cv-02496-CLS-PWG** |
| | ) | |
| **JOHN MARK TYREE,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM OPINION

The magistrate judge filed a findings and recommendation on November 26, 2013 (Doc. 5), recommending that the petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 be DISMISSED as MOOT.  The parties were allowed an opportunity in which to file objections. No objections have been received from either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED.  Accordingly, the petition for writ of habeas corpus is due to be DISMISSED as MOOT.  A Final Judgment will be entered.

DONE this 16th day of January, 2014.

_____
United States District Judge